[Criminal No. 736.   Filed October 15, 1931.]

[3 Pac. (2d) 1115.]

FERRIS SOLOMON, Appellant, v. STATE, Respondent.

Mr. J. E. Russell, Mr. R. B. Westervelt and Mr. John F. Connor, for Appellant.

The Attorney General, for the State.

PER CURIAM.—Appellant was tried and convicted of an assault with intent to commit the infamous crime against nature. We have examined the record, including the information and the transcript of the testimony, and discover no error. Appellant has neither filed a brief nor assigned any error.

The judgment is affirmed.